# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5252**                                    **September Term, 2006**

**06ms00401**

**Filed On:**

In re: Carletta M. Davis,
       Petitioner


**BEFORE:**      Ginsburg, Chief Judge, and Sentelle and Henderson, Circuit
                Judges

### O R D E R

Upon consideration of the petition for a writ of mandamus and the motion for
leave to proceed in forma pauperis ("IFP") on appeal, it is

**ORDERED**, on the court's own motion, that the record be remanded to the
district court for a statement of reasons for the denial of appellant's application to
proceed IFP in the district court. See Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305,
1307 (11th Cir. 2004) ("The district court must provide a sufficient explanation for its
determination on IFP status to allow for meaningful appellate review."); see also
Besecker v. State of Illinois, 14 F.3d 309, 310 (7th Cir. 1994) (per curiam); Phipps v.
King, 866 F.2d 824, 825 (6th Cir. 1988). It is

**FURTHER ORDERED** that the motion for leave to proceed IFP on appeal be
deferred pending return of the record.

**Per Curiam**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

OCT 3 1 2006

CLERK