# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5252**  **September Term, 2006**



06ms00401
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

FEB 27 2007

CLERK

In re: Carletta M. Davis,
       Petitioner

Filed On:

**BEFORE:** Sentelle, Rogers, and Garland, Circuit Judges

### ORDER

Upon consideration of the petition for a writ of mandamus, the memorandum in support of the petition for a writ of mandamus, and the motion for leave to proceed in forma pauperis ("IFP") in this court, it is

**ORDERED**, on the court's own motion, that consideration of the petition for a writ of mandamus and the motion for leave to proceed IFP in this court be deferred pending further order of the court. The memorandum in support of the petition for a writ of mandamus and the motion for leave to proceed IFP in this court contain information that was not available to the district court when it denied petitioner leave to proceed IFP in that court. We therefore direct the Clerk to transmit copies of these filings to the district court for further consideration of the IFP issue in light of the new information contained in these filings. Petitioner shall file a motion to govern further proceedings within 30 days after the district court's decision in light of the new information contained in these filings.

**Per Curiam**