UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: CARLETTA M. DAVIS, | ) | |
|  | ) | |
| Petitioner, | ) | |
|  | ) | Misc. Action No. 06-00401 (RCL) |
| _____ | ) | |

MEMORANDUM AND ORDER

      The Court of Appeals for the District of Columbia Circuit has remanded this case for reconsideration of petitioner's application to proceed in this Court *in forma pauperis* in light of new information contained in petitioner's filings there. Order, App. No. 06-5252 (Feb. 27, 2007). In a memorandum to the District of Columbia Circuit, petitioner explains that her child support payments are "sporadic," that her $33,000 automobile was a gift from her father, and that she suffers from a debilitating medical condition that requires her to purchase costly medication. Memorandum in Support of Petitioner's Writ of Mandamus at 3.

      Petitioner further explains that if paid consistently, the child support payments would amount to an annual income "slightly above the poverty level" under District of Columbia guidelines. *Id*. Petitioner resides with her daughter in public housing but does not qualify for food assistance and other public services. She is unemployed; thus, the child support payments cover food and all other living expenses for her and her daughter. In light of this new information, the Court finds that compelling payment of the filing fee would work a significant hardship on petitioner. Accordingly, it is this 27th day of September 2007,

      ORDERED that the Order denying leave to proceed *in forma pauperis* is VACATED; and it is

FURTHER ORDERED that petitioner's motion for leave to proceed *in forma pauperis* is GRANTED. The Clerk is directed to transmit this Order forthwith to the appellate court.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge