# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5252**                    **September Term, 2007**

06ms00401

Filed On: 

In re: Carletta M. Davis,
     Petitioner

**BEFORE:**   Sentelle, Rogers, and Garland, Circuit Judges

## O R D E R

Upon consideration of the petition for a writ of mandamus; the memorandum of law and fact in support of that petition; and the motion to proceed in forma pauperis in this court, it is

**ORDERED** that the motion to proceed in forma pauperis in this court be granted. It is

**FURTHER ORDERED**, on the court's own motion, that consideration of the petition for a writ of mandamus be deferred pending further of the court. In light of the district court's order granting Carletta Davis' motion to proceed in forma pauperis, the record is remanded to the district court to give it an opportunity to open a new case for Davis in the court's general docket and to file her petition for review (of the Social Security Administration's denial of her disability benefits claim) in that new case.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**