UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: CARLETTA M. DAVIS,          )
                                    )
          Petitioner,               )
                                    )  Misc. Action No. 06-00401 (RCL)
                                    )

ORDER

In light of the Court's granting of petitioner's motion for leave to proceed *in forma pauperis* [Dkt. No. 5] and the remand of this case from the appellate court [Dkt. No. 6], it is this 5th day of December 2007,

ORDERED that within fourteen (14) days from the filing date of this Order, petitioner shall submit her complaint to the Clerk of this Court; and it is

FURTHER ORDERED that upon receipt of the complaint, the Clerk shall immediately open this case as a civil action assigned to the undersigned judge, prepare and issue the summons, and provide the summons and a copy of the complaint to the United States Marshals Service to effect service of process.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge